UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP 21 PM 3: 29

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR305-11 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY WOODS | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE this Indictment. The basis for this dismissal is a formal request from the Dodge County District Attorney that the Department of Justice defer to the defendant being prosecuted by his office. Thus, further proceedings against him herein would not be in the interests of justice.

Respectfully submitted,

LISA GODBEY WOOD
UNITED STATES ATTORNEY

_____
Darrin L. McCullough
Assistant United States Attorney

100 Bull Street
Savannah, GA 31401
(912) 652-4422

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice of this Indictment.

SO ORDERED, this 21st day of Sept., 2005.

_____
Dudley H. Bowen, Jr.
Judge, United States District Court
Southern District of Georgia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been delivered to counsel of record by:

\_\_\_\_\_ U.S. Mail addressed to:

**Althea L. Buafo, Esq.**
201 Spring Street
P.O. Box 4012
Macon, GA 31208-4012
**Phone:** 478-743-8337
**Fax:** 478-743-8478

\_\_\_\_\_ Hand delivery; or

__✓__ Facsimile, followed by U.S. Mail.

This __16__ day of __September__, 2005.

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Darrin L. McCullough
Assistant United States Attorney
Georgia Bar No. 487011

100 Bull Street
Savannah, GA 31401
(912) 652-4422

2